ACCEPTED
04-15-00132-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 10:43:05 AM
KEITH HOTTLE
CLERK

04-15-000132-CV

No. _____

---

COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS

San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 10:43:05 AM
KEITH E. HOTTLE
Clerk

---

*Armando Hernandez and Nancy Hernandez,*

Appellants,

v.

*Mario Saldivar, Fernando Saldivar,*
*Asser Global, Inc., Smart Global, Inc.,*
*and Grupo K77, S.C.*

Appellees.

---

From 150th District Court,
Bexar County, Texas
*The Honorable Barbara Nellermoe*

---

**NOTICE OF APPEAL**

---

Rusty Hardin
Ryan K. Higgins
Bob Wynne
State Bar No. 24060861
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010-4035
E-mail: bwynne@rustyhardin.com

Attorneys for Appellants:
Armando Hernandez and
Nancy Hernandez

**ORAL ARGUMENT REQUESTED**

**TO THE FOURTH CIRCUIT COURT OF APPEALS**:

Please take notice that Case No. 2014-ci-17077, *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, et al.*, in the 150th Judicial District Court of Bexar County, has been appealed to the Fourth Circuit Court of Appeals as evidenced by the attached file-stamped copy of said Notice.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, L.L.P.

/s/ *Rusty Hardin*

Rusty Hardin
State Bar No. 08972800
Ryan K. Higgins
State Bar No. 24007362
Bob Wynne
State Bar No. 24060861
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010-4035
(713) 652-9000
(713) 652-9800 (Facsimile)

**ATTORNEYS FOR RELATORS**

## CERTIFICATION

I hereby certify that I have reviewed the foregoing Notice of Appeal and concluded that every factual statement within it is supported by competent evidence included in the appendix or record.

/s/ *Bob Wynne*

_____

Bob Wynne

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record on the 12th day of March, 2015:

Jeffrey A. Hiller
Cacheaux, Cavazos, & Newton, LLP
333 Convent Street
San Antonio, Texas 78205
jhiller@ccn-law.com

Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
royal@binghamandlea.com

/s/ *Bob Wynne*

_____

Bob Wynne

2

# ATTACHMENT

FILED
3/11/2015 3:09:29 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

Case No. 2014-CI-17077

| | | |
|---|---|---|
| ARMANDO HERNANDEZ and NANCY HERNANDEZ, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | 150th JUDICIAL DISTRICT |
| MARIO SALDIVAR, FERNANDO SALDIVAR, JORGE CALDERON, and JORGE SALDIVAR, | § § § § | |
| Defendants. | § § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1 and 28.1, Counter-Defendants Armando Hernandez and Nancy Hernandez (the "Hernandez's") submit this Notice of Appeal.

The Hernandez's desire to appeal the Order Granting Temporary Injunction entered on February 27, 2015 by The Honorable Barbara Nellermoe, sitting by assignment in the 150th District Court for Bexar County, Texas. The Hernandez's seek to appeal the temporary injunction to the Fourth Court of Appeals for the State of Texas.

The Hernandez's appeal is an accelerated appeal pursuant to Texas Civil Practices and Remedies Code § 51.014 and Texas Rule of Appellate Procedure 28.1.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, L.L.P.

*/s/  Rusty Hardin*

_____

Rusty Hardin
State Bar No. 08972800
Ryan K. Higgins
State Bar No. 24007362
Bob Wynne
State Bar No. 24060861
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010-4035
(713) 652-9000
(713) 652-9800 (Facsimile)

**ATTORNEYS FOR COUNTER-DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was E-filed and e-served on all counsel of record on the 11th day of March, 2015, pursuant to Rule 21a.

Jeffrey A. Hiller
Cacheaux, Cavazos, & Newton, LLP
333 Convent Street
San Antonio, Texas 78205
jhiller@ccn-law.com

Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
royal@binghamandlea.com

*/s/ Bob Wynne*

_____

Bob Wynne

2